1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10       SAN FRANCISCO DIVISION
11
12  PETER FAIRBANKS,                    ) CASE NO. C 05 4632 MEJ
                                        )
13         Plaintiff,                   ) [PROPOSED]
                                        ) ORDER CONTINUING CASE
14    v.                                ) MANAGEMENT CONFERENCE
                                        ) BASED ON SETTLEMENT OF
15  HARTFORD CASUALTY                   ) CASE
    INSURANCE COMPANY, and DOES         )
16  1-10,                               ) [Filed concurrently stipulation for
                                        ) continuance]
17         Defendants.                  )
    _____)
18                                        Complaint filed: 10/11/05
19
20
21        The Court has reviewed the stipulation to continue the case
22  management conference currently set for March 16, 2006, at 10:00 a.m.,
23  based on the parties' agreement to settle the case and their need for
24  additional time to finalize the settlement documents and terminate this
25  lawsuit.  Based on the stipulation, this Court grants the parties' request for a
26  continuance.
27
28        IT IS THEREFORE ORDERED that the Case management

1
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | conference currently set for March 16, 2006 at 10:00 a.m. is continued to
2 | March 30, 2006 at 10:00 a.m.
3
4 |              IT IS SO ORDERED.
5
6
7 | DATED: March 14, 2006
8 |                                            United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]*