# UNITED STAT ES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER FAIRBANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1-10,<br><br>    Defendants. | **CASE NO. C 05 4632 MEJ**<br><br>**ORDER DISMISSING LAWSUIT WITH PREJUDICE CONTINUING CASE MANAGEMENT CONFERENCE BASED ON SETTLEMENT OF CASE**<br><br>[Filed concurrently with stipulation re dismissal]<br><br>Complaint filed: 10/11/05 |

1 | The Court has reviewed the stipulation re dismissal of this lawsuit with
2 | prejudice.  Based on said stipulation,
3 |
4 | IT IS THEREFORE ORDERED that the instant lawsuit is dismissed,
5 | with prejudice, in its entirety.  The Clerk of Court shall close the file.
6 |
7 | IT IS SO ORDERED.
8 |
9 |
10 | DATED: March 22, 2006
11 | _____
United States Magistrate Judge
Maria-Elena James